| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Collyer, Rosemary M | 2. Court or Organization<br><br>District Court - Washington DC | 3. Date of Report<br><br>4/5/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. Dist. Ct. Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination.    Date<br><br>○ Initial    ● Annual    ○ FInal | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>E Barrett Prettyman Courthouse<br><br>300 Constitution Avenue, NW<br><br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Trust #1 |
| 2. | |
| 3. | |

RECEIVED
2005 APR 12 P 2: 36
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2004 | National Human Services Assembly - Consultant |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. National Human Services Assembly | Reimbursement to ▓▓▓ for travel (airline, hotel & meals) |
| 2. Non-profit Enterprise self-Sustainability Team (NEsSt) | Reimbursement to ▓▓▓ for travel (airline, hotel & meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 4/4/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 2.   - AA - Common | | None | | | Sell | 1/21 | J | A | |
| 3.   - AFC - Common | | None | J | T | | | | | |
| 4.   - BRKA - Common Class A | | None | M | T | | | | | |
| 5.   - CMGI - Common | | None | J | T | | | | | |
| 6.   - CNP - Common | A | Dividend | | | Sell | 3/1 | K | D | |
| 7.   - DD - Common | A | Dividend | K | T | | | | | |
| 8.   - DD - Call Option Jan04 45 | | None | | | Expired | 1/17 | J | B | |
| 9.   - GE - Common | A | Dividend | K | T | | | | | |
| 10. | | | | | Partial Sale | 1/20 | J | A | |
| 11. | | | | | Buy | 7/9 | K | | |
| 12.   - GM - Common | A | Dividend | K | T | | | | | |
| 13. | | | | | Partial Sale | 1/20 | J | A | |
| 14.   - GM - Call Option Jan04 40 | | None | | | Buy to Close | 1/13 | J | A | |
| 15.   - HON - Common | | None | | | Partial Sale | 1/17 | K | A | |
| 16. | | | | | Sell | 1/21 | J | A | |
| 17.   - HON - Call Option Jan04 25 | | None | | | Exercised | 1/17 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 4/4/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - INTC - Common | | None | | | Partial Sale | 1/17 | K | A | |
| 19. | | | | | Sell | 1/21 | J | A | |
| 20. - INTC - Call Option Jan04 32.5 | | None | | | Exercised | 1/17 | J | A | |
| 21. - MDCI - Common | | None | K | T | | | | | |
| 22. - MLNM - Common | | None | | | Sell | 7/22 | K | D | |
| 23. - MO - Common | A | Dividend | K | T | | | | | |
| 24. | | | | | Buy | 1/20 | K | | |
| 25. - MSFT - Common | A | Dividend | K | T | | | | | |
| 26. - NPSP - Common | | None | K | T | | | | | |
| 27. - PFE - Common | A | Dividend | K | T | | | | | |
| 28. | | | | | Buy | 11/13 | L | | |
| 29. | | | | | Partial Sale | 11/15 | K | A | |
| 30. - PFE - Put Option Jan04 32.5 | | None | | | Expired | 1/17 | J | D | |
| 31. - TGN - Common | A | Dividend | | | Sell | 6/24 | J | D | |
| 32. - XOM - Common | | None | | | Sell | 1/20 | K | C | |
| 33. - XOM - Call Option Jan04 35 | | None | | | Buy to Close | 1/13 | J | A | |
| 34. - Massachusetts Muni Bonds | A | Interest | | | Sell | 2/1 | J | A | |
| 35. - MD Gen Obl Muni Bonds (10/15/09) | B | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 4/4/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. - MD Gen Obl Muni Bonds (10/15/11) | B | Interest | K | T | | | | | |
| 37. - Anne Arundel Co MD Muni Bonds | A | Interest | | | Sell | 2/1 | K | A | |
| 38. - Balto MD Const Pub Imp Muni Bonds | A | Interest | K | T | | | | | |
| 39. - MD Health&Higher Ed Facs Muni Bonds (7/1/13) | A | Interest | | | Sell | 3/22 | J | A | |
| 40. - MD Health&Higher Ed Facs Muni Bonds (7/1/23) | A | Interest | | | Sell | 3/11 | K | A | |
| 41. - US Trust Co - CD | A | Interest | | | Matured | 9/23 | L | A | |
| 42. - Schwab One Cash Account | A | Interest | M | T | | | | | |
| 43. - CDE - Common | | None | J | T | Buy | 1/26 | K | | |
| 44. - SIL - Common | | None | K | T | Buy | 1/26 | K | | |
| 45. - GT - Common | | None | L | T | Buy | 7/9 | K | | |
| 46. - DVY - Index Fund | C | Dividend | M | T | Buy | 1/26 | L | | |
| 47. - EWJ - Index Fund | A | Dividend | K | T | Buy | 4/15 | K | | |
| 48. - NUVO - Common | | None | K | T | Buy | 2/25 | K | | |
| 49. - PAAS - Common | | None | K | T | Buy | 1/26 | K | | |
| 50. - PAAS - Call Option Apr05 17.5 | | None | J | T | Sell Short | 10/26 | J | | |
| 51. - MO - Call Option Jan05 60 | | None | J | T | Sell Short | 1/20 | J | | |
| 52. - C - Common | A | Dividend | K | T | Buy | 1/20 | K | | |
| 53. - C - Call Option Jan05 55 | | None | J | T | Sell Short | 1/20 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,000-$50,000    L = $50,000-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 4/4/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 54. - DD - Call Option Jan05 50 | | None | J | T | Sell Short | 1/20 | J | | |
| 55. - GM - Call Option Jan05 60 | | None | J | T | Sell Short | 1/20 | J | | |
| 56. - MRK - Common | A | Dividend | | | Buy | 1/20 | K | | |
| 57. | | | | | Buy | 11/3 | K | | |
| 58. | | | | | Sell | 12/7 | L | A | |
| 59. - MRK - Call Option Jan05 50 | | None | J | T | Sell Short | 1/20 | J | | |
| 60. - SBC - Common | A | Dividend | K | T | Buy | 1/20 | K | | |
| 61. - SBC - Call Option Jan05 30 | | None | J | T | Sell Short | 1/20 | J | | |
| 62. - WB - Common | A | Dividend | K | T | Buy | 1/20 | K | | |
| 63. - WB - Call Option Jan05 50 | | None | J | T | Sell Short | 1/20 | J | | |
| 64. - CAH - Put Option Jan05 65 | | None | | | Sell Short | 1/20 | J | | |
| 65. | | | | | PartExercise | 7/28 | J | D | |
| 66. - | | | | | Buy to Close | 9/15 | J | A | |
| 67. - CAH - Common | | None | | | Buy | 7/28 | L | | |
| 68. | | | | | Sell | 8/6 | K | A | |
| 69. - CDE - Call Option Jul04 7.5 | | None | | | Sell Short | 1/28 | J | | |
| 70. | | | | | Expired | 7/17 | J | C | |
| 71. - MLNM - Call Option May04 17.5 | | None | | | Sell Short | 2/2 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 4/4/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 72. | | | | | Expired | 5/21 | J | C | |
| 73. – NPSP – Call Option Oct04 22.5 | | None | | | Sell Short | 9/1 | J | | |
| 74. | | | | | Expired | 10/16 | J | C | |
| 75. – PAAS – Call Option Jul04 17.5 | | None | | | Sell Short | 1/28 | J | | |
| 76. | | | | | Expired | 7/17 | J | C | |
| 77. – PFE – Put Option Jan05 40 | | None | | | Sell Short | 1/20 | J | | |
| 78. | | | | | Exercised | 11/03 | J | D | |
| 79. IRA #1 | A | Div & Int | K | T | | | | | |
| 80. – GT – Common | | | | | Sell | 4/15 | J | A | |
| 81. – GT Call Option Apr04 7.5 | | | | | Exercised | 4/15 | J | B | |
| 82. – XOMA – Common | | | | | Sell | 3/22 | J | A | |
| 83. – XOMA – Call Option Feb04 10 | | | | | Expired | 2/21 | J | C | |
| 84. – Schwab Money Market Fund Account | | | | | | | | | |
| 85. – NPSP – Common | | | | | Buy | 9/8 | K | | |
| 86. IRA #2 | C | Div & Int | N | T | | | | | |
| 87. – ADRX – Common | | | | | Sell | 1/17 | K | D | |
| 88. – ADRX – Call Option Jan04 20 | | | | | Exercised | 1/17 | J | C | |
| 89. – BCRX – Common | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 4/4/2005 |

## VII. INVESTMENTS and TRUSTS – income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell. merger, redemption) | If not exempt from disclosure (2) Date. Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 90. - ELGX - Common | | | | | Partial Sale | 2/12 | K | E | |
| 91. | | | | | Partial Sale | 10/26 | J | D | |
| 92. - GT - Common | | | | | Sell | 4/15 | K | A | |
| 93. - GT - Call Option Apr04 7.5 | | | | | Exercised | 4/15 | J | C | |
| 94. - ICOS - Common | | | | | | | | | |
| 95. - ICOS - Call Option Apr04 40 | | | | | Expired | 4/15 | J | D | |
| 96. - MTSX - Common | | | | | | | | | |
| 97. - WM - Common | | | | | | | | | |
| 98. - Schwab Money Market Fund Account | | | | | | | | | |
| 99. - UST Inflation Index Notes 3.375% 1/15/12 TIPS | | | | | | | | | |
| 100. - ALTH - Common | | | | | Buy | 2/18 | K | | |
| 101. | | | | | Buy | 4/30 | K | | |
| 102. - AGIX - Common | | | | | Buy | 12/7 | K | | |
| 103. - GNVC - Common | | | | | Buy | 12/7 | K | | |
| 104. - SEPR - Common | | | | | Buy | 1/22 | L | | |
| 105. | | | | | Buy | 2/9 | L | | |
| 106. | | | | | Sell | 7/17 | M | F | |
| 107. - SEPR - Call Option Jul04 27.5 | | | | | Sell Short | 2/9 | J | | |

1. Income/Gain Codes: A = $1.000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000.001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Collyer, Rosemary M | 4/4/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 108. | | | | | Buy to Close | 3/4 | K | A | |
| 109. - SEPR - Call Option Jul04 30 | | | | | Sell Short | 1/22 | J | | |
| 110. | | | | | Buy to Close | 3/4 | K | A | |
| 111. - SEPR - Call Option Jul04 40 | | | | | Sell Short | 3/4 | K | | |
| 112. | | | | | Exercised | 7/17 | J | E | |
| 113. - SEPR - Call Option Jul04 42.5 | | | | | Sell Short | 3/4 | J | | |
| 114. | | | | | Exercised | 7/17 | J | D | |
| 115. IRA #3 | D | Div & Int | P1 | T | | | | | |
| 116. - BRKB - Common Class B | | | | | | | | | |
| 117. - C - Common | | | | | | | | | |
| 118. - IDEV - Common | | | | | | | | | |
| 119. - PLMD - Common | | | | | | | | | |
| 120. - UST Inflation Index Notes 3.375% 1/15/12 TIPS | | | | | | | | | |
| 121. - Schwab Money Market Fund Account | | | | | | | | | |
| 122. - ARLP - Common | | | | | Buy | 12/3 | L | | |
| 123. | | | | | Sell | 12/15 | L | D | |
| 124. - EFA - Index Fund | | | | | Buy | 1/20 | L | | |
| 125. - FRX - Common | | | | | Buy | 1/21 | L | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M | 4/4/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 126. | | | | | Sell | 12/3 | K | A | |
| 127. - FRX - Call Option May04 75 | | | | | Sell Short | 1/21 | J | | |
| 128. | | | | | Expired | 5/21 | J | C | |
| 129. - PLMD - Call Option Mar05 35 | | | | | Sell Short | 8/30 | J | | |
| 130. - UNP - Common | | | | | Buy | 1/22 | K | | |
| 131. - UST Inflation Index Notes 3.625% 4/15/28 TIPS | | | | | Buy | 1/23 | M | | |
| 132. - IDEV - Call Option Mar05 10 | | | | | Sell Short | 8/31 | J | | |
| 133. | | | | | Buy to Close | 9/15 | J | A | |
| 134. Merrill Lynch Account | A | Dividend | K | T | | | | | |
| 135. Citibank Account | A | Interest | J | T | | | | | |
| 136. Trust #1 | | UnfundedTrst | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

A.  The QUALIFIED RETIREMENT PLAN #1, listed on the previous report, has been closed.

B.  The Schwab One Cash Account (Line 42) was incorrectly omitted from the previous report.

C.  All option positions (puts and calls) are now identified with their expiration date and exercise price in order to eliminate potential ambiguities. The following table provides an aid to tracking from the previous report.

| PREVIOUS NAME | PREVIOUS LINE # | CURRENT NAME | CURRENT LINE # |
|---|---|---|---|
| DD - Call Option | 30 | DD - Call Option Jan04 45 | 8 |
| GM - Call Option | 37 | GM - Call Option Jan04 40 | 14 |
| HON - Call Option | 39 | HON - Call Option Jan04 25 | 17 |
| INTC - Call Option | 42 | INTC - Call Option Jan04 32.5 | 20 |
| PFE - Put Option (Exp 1/17/04) | 59 | PFE - Put Option Jan04 32.5 | 30 |
| XOM - Call Option | 63 | XOM - Call Option Jan04 35 | 33 |
| GT - Call Option | 80 | GT - Call Option Apr04 7.5 | 81 |
| XOMA - Call Option | 83 | XOMA - Call Option Feb04 10 | 83 |
| ADRX - Call Option | 87 | ADRX - Call Option Jan04 20 | 88 |
| GT - Call Option | 94 | GT - Call Option Apr04 7.5 | 93 |
| ICOS - Call Option | 99 | ICOS - Call Option Apr04 40 | 95 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Collyer, Rosemary M | 4/4/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                 Date 5 April 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544